IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JENSEN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv00119 SWW |
| | * | |
| | * | |
| HOT TOPIC, INC., a California | * | |
| corporation d/b/a HOT TOPIC | * | |
| STORE #149, | * | |
| | * | |
| Defendant. | * | |

ORDER

The application [doc.#4] by attorney David Warren Peters for limited appearance (*pro hac vice*) pursuant to Local Rule 83.5(d) and to waive the requirement for local counsel is hereby granted, Mr. Peters affirming he is subject to the Local Rules of this Court and all disciplinary authority as to all matters.[1]

IT IS SO ORDERED this 30th day of April 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court has considered and denies plaintiff's request [doc.#8] that the Court deny Mr Peters' application and strike the Answer filed in this action.